Robert D. Vogel (USB #17603)
Jonathan M. Burt (USB #16794)
Jackson Lewis PLLC
215 S. State Street, Suite 760
Salt Lake City, UT 84111
Tel: (801) 736-3199
robert.vogel@jacksonlewis.com
jonathan.burt@jacksonlewis.com

*Attorneys for Defendant Elwood Staffing Services, Inc.*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELWOOD STAFFING SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00498-HCN-DAO<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF**<br><br>Magistrate Judge Jared C. Bennett |

Defendant Elwood Staffing Services, Inc. ("Defendant"), through its undersigned counsel, hereby files this Notice of Non-opposition to Proposed Plaintiff/Intervenor Mirna Cordero's Motion for Leave to Intervene (ECF No. 17).

Respectfully submitted this 3rd day of January 2021.

<u>/s/ Jonathan M. Burt</u>
Robert D. Vogel (USB #17603)
Jonathan M. Burt (USB #16794)
Jackson Lewis PLLC
215 S. State Street, Suite 760
Salt Lake City, UT 84111
Tel: (801) 736-3199
robert.vogel@jacksonlewis.com
jonathan.burt@jacksonlewis.com

*Attorneys for Defendant Elwood Staffing Services, Inc.*
