Mary Jo O'Neill, AZ Bar No. 005924
James P. Driscoll-MacEachron, AZ Bar No. 027828
Gina E. Carrillo, AZ Bar No. 030579
Casey L. Arellano, AZ Bar No. 031242
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION, Phoenix District Office**
3300 North Central Ave., Suite 690
Telephone: (602) 661-0013
Fax: (602) 640-5071
Email:  mary.oneill@eeoc.gov
 james.driscoll-maceachron@eeoc.gov
 gina.carrillo@eeoc.gov
 casey.arellano@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

___

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

___

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 2:21-cv-00498-HCN-DAO |
| Plaintiff, | **PLAINTIFF EEOC'S NON-OPPOSITION TO MIRNA CORDERO'S MOTION FOR LEAVE TO INTERVENE** |
| vs. | |
| Elwood Staffing Services, Inc. | |
| Defendant. | |

The Equal Employment Opportunity Commission notifies the Court that it does not oppose Ms. Mirna Cordero's intervention in the above-captioned lawsuit. Ms. Cordero has the right to intervene under 42 U.S.C. § 12117(a), which incorporates by

reference 42 U.S.C. § 2000e-5(f)(1), and her request to intervene is timely under Rule 24 of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 3rd day of January 2022.

            */s/ Gina Carrillo*
            Gina Carrillo
            Trial Attorney

            EQUAL EMPLOYMENT
            OPPORTUNITY COMMISSION
            Phoenix District Office
            3300 North Central Avenue, Suite 690
            Phoenix, Arizona
            85012

## **CERTIFICATE OF SERVICE**

I certify that on January 3, 2022, I electronically transmitted the foregoing notice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Robert D. Vogel
Jonathan M. Burt
Jackson Lewis P.C.
215 South State Street Suite 760
Salt Lake City, Utah 84111

Robert.vogel@jacksonlewis.com
Jonathan.burt@jacksonlewis.com

Attorneys for Defendant

*/s/ Gina Carrillo*
Trial Attorney

3